```
1  File No. 09-07903
   Robert Scott Kennard
2  State Bar No. 117017
3  NELSON & KENNARD
   2180 Harvard Street, Ste. 160 (95815)
4  P.O. Box 13807
   Sacramento, CA  95853
5  Telephone:  (916) 920-2295
   Facsimile:  (916) 920-0682
6
7  Attorneys for Defendant
   NELSON & KENNARD
8
```

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DAVID AND KATHARINE BREAZEALE, | **Case No.  C09-02997 SC** |
| Plaintiff, | |
| vs. | **ANSWER OF DEFENDANT NELSON & KENNARD TO COMPLAINT OF DAVID AND KATHARINE BREAZEALE** |
| NELSON KENNARD, | |
| Defendants. | |

Defendant NELSON & KENNARD hereby responds to the Complaint of David and Katharine Breazeale as follows:

1.  In response to paragraphs 1, 2 and 3 of Plaintiffs' Complaint, answering Defendant lacks sufficient information or belief to enable to either admit or deny those allegations and based thereon, denies each and every allegation contained therein.

2.  In response to paragraphs 9 and 10 of Plaintiffs' Complaint, answering Defendant incorporates by reference each of the

responses to the preceding paragraphs as though fully set forth herein.

3.   Answering Defendant denies each and every allegation contained in paragraphs 5, 6, 7, 8, 11 and 12 of Plaintiffs' Complaint.

4.   In response to paragraph 4 of Plaintiffs' Complaint, this answering Defendant admits that it engages in the collection of debt, from time to time.  Answering Defendant lacks sufficient information or belief to enable it to either admit or deny that the debt complained of was a "consumer debt" as defined by the allegation and based thereon, denies each and every other allegation contained therein.

**FIRST AFFIRMATIVE DEFENSE**

5.   The Complaint fails to state facts sufficient to constitute a claim against answering Defendant for which relief may be granted.

**SECOND AFFIRMATIVE DEFENSE**

6.   Plaintiffs are estopped to assert the matters complained of in their Complaint by virtue of their own unclean hands and participatory conduct in and about the matters complained of.

**THIRD AFFIRMATIVE DEFENSE**

7.   Plaintiffs failed to mitigate their damages, if any they have, thereby absolving NELSON & KENNARD from any responsibility therefore.

**FOURTH AFFIRMATIVE DEFENSE**

8. Plaintiffs assumed the risk of loss as to each and every claim contained in their Complaint by virtue of their own conduct.

**FIFTH AFFIRMATIVE DEFENSE**

9. To the extent Plaintiffs establish that a violation of the FDCPA may have occurred, answering Defendant NELSON & KENNARD submits that such error was not willful or intentional and occurred notwithstanding procedures maintained by it designed and calculated to preclude such a bona fide error.

**SIXTH AFFIRMATIVE DEFENSE**

10. To the extent Plaintiffs establish that a violation of the Rosenthal Act may have occurred, answering Defendant submits that such error was not willful or intentional and occurred notwithstanding procedures maintained by it designed and calculated to preclude such a bona fide error.

WHEREFORE, Defendant NELSON & KENNARD prays that Plaintiffs DAVID AND KATHARINE BREAZEALE take nothing by reason of their Complaint and that Defendant have Judgment for costs incurred herein, its reasonable attorney's fees, and for such other and further relief as may be just and proper.

Dated: 08/03/09                    By: *Robert Scott Kennard*
                                       ROBERT SCOTT KENNARD
                                       Attorney for Defendant
                                       NELSON & KENNARD

```
 1  File No. 09-07903
    Robert Scott Kennard
 2  State Bar No. 117017
    NELSON & KENNARD
 3  2180 Harvard Street, Ste. 160 (95815)
    P.O. Box 13807
 4  Sacramento, CA  95853
    Telephone:  (916) 920-2295
 5  Facsimile:  (916) 920-0682
 6
    Attorneys for Defendant
 7  NELSON & KENNARD
 8
```

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DAVID AND KATHARINE BREAZEALE, ) | **Case No.  C09-02997 SC** |
| ) | |
| Plaintiff, ) | |
| ) | **PROOF OF SERVICE** |
| vs. ) | |
| ) | |
| NELSON KENNARD, ) | |
| ) | |
| Defendants. ) | |

///

///

///

**PROOF OF SERVICE**

STATE OF CALIFORIA    )
COUNTY OF SACRAMENTO  )

    I am an employee of the law firm of Nelson & Kennard and am employed in the County aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is 2180 Harvard Street, Ste. 160, Sacramento, California 95815.

    On  08/03/09 I served the following document(s):

**ANSWER OF DEFENDANT NELSON & KENNARD TO COMPLAINT OF DAVID AND KATHARINE BREAZEALE**

On the parties listed below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid and placing the envelope for collection and processing for mailing following this business's ordinary practice of which I am readily familiar. ON the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.  The envelope(s) was/were addressed as follows:

**Todd M. Friedman, Esq.**
**369 S. Doheny Dr., #415**
**Beverly Hills, CA  90211**

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on 08/03/09 at Sacramento, California.


                         *Kimberley J. Tanaka*
                          Kimberley J. Tanaka