UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**DAVID AND KATHARINE BREAZEALE,**

Plaintiffs,

vs.

**NELSON & KENNARD ATTORNEYS AT LAW,**

Defendant.

Case No. C09-02997 SC

**ORDER**

IT IS HEREBY ORDERED that the parties' motion to dismiss this case with prejudice is hereby granted.

Dated this 4th day of December, 2009.

_____
~~The Honorable Samuel Conti~~
James Larson
United States Magistrate Judge